**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

14 JUL 10 AM 10: 17


DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>RICARDO VILLEGAS,<br><br>　　　　　　　　　Defendant. | CASE NO. 13CR3952-CAB<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　the Court has dismissed the case for unnecessary delay; or

_X_　the Court has granted the motion of the Government for dismissal, without prejudice (due to reasons of incompetency); or

___　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

___　the jury has returned its verdict, finding the defendant not guilty;

_X_　of the offense(s) as charged in the Indictment/Information:

8 USC 1326(a) and (b) - ATTEMPTED REENTRY OF REMOVED ALIEN

---

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 9, 2014

　　　　　　　　　　　　　　　　　Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　U.S. District Judge